LAURA KRANK
ATTORNEY AT LAW: 220208
LAW OFFICES OF ROHLFING & KALAGIAN
211 EAST OCEAN BLVD., SUITE 420
LONG BEACH, CA 90802
562/437-7006
FAX: 562/432-2935
Email: Laura_RK.office@speakeasy.net
Attorneys for Plaintiff DAVID LAWRENCE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LAWRENCE, | Case No.: 1:09 CV-1008 |
| Plaintiff, | ORDER EXTENDING THE BRIEFING SCHEDULE |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the parties' Stipulation to Extend the Briefing Schedule, and for cause shown, IT IS ORDERED that Plaintiff is granted an extension of time until February 11, 2010, in order to respond to file his Opening Brief in this case. All other deadlines remain in effect as outlined in this Court's initial scheduling order issued on June 10, 2009.

Dated: February 1, 2010              /s/ Gary S. Austin
                                      The Honorable Gary S. Austin
                                      United States Magistrate Judge