# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LAWRENCE,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Case No.: 1:09-cv-1008-GSA<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

The Court has reviewed parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees filed on December 8, 2010 and adopts the stipulation .

Accordingly, IT IS ORDERED that fees and expenses in the amount of $4,310.00 as authorized by 28 U.S.C. §2412(d)  as authorized by 28 U.S.C. § 1920, be awarded to Plaintiff's counsel subject to the terms of the Stipulation filed on December 8, 2010 (Doc. 19).

IT IS SO ORDERED.

Dated: __**December 8, 2010**__        _____**/s/ Gary S. Austin**_____
                                                                      UNITED STATES MAGISTRATE JUDGE