# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LAWRENCE, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant | Case No.: 1:09-cv-1008-GSA <br><br> ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

The Court has reviewed parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees filed on December 20, 2010 and adopts the stipulation .

Accordingly, IT IS ORDERED that fees and expenses in the amount of $4,310.00 as authorized by 28 U.S.C. §2412(d)  as authorized by 28 U.S.C. § 1920, be awarded to Plaintiff's counsel subject to the terms of the Stipulation filed on December 20, 2010 (Doc. 21).  IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   **December 22, 2010**              /s/ Gary S. Austin
                                   UNITED STATES MAGISTRATE JUDGE