Laura Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rk_sslaw@speakeasy.net

Attorneys for Plaintiff
David M. Lawrence

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. LAWRENCE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:09-CV-1008 GSA<br><br>**AMENDED** STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that David M. Lawrence be awarded attorney fees and expenses in the amount of FOUR THOUSAND ONE HUNDRED THIRTY dollars ($4,130.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

1        After the Court issues an order for EAJA fees to David M. Lawrence, the
2 government will consider the matter of David M. Lawrence's assignment of EAJA
3 fees to Laura Krank.  Pursuant to *Astrue v. Ratliff*, ___ U.S. ___, 2010 WL
4 2346547 (June 14, 2010), the ability to honor the assignment will depend on
5 whether the fees are subject to any offset allowed under the United States
6 Department of the Treasury's Offset Program.  After the order for EAJA fees is
7 entered, the government will determine whether they are subject to any offset.

8        Fees shall be made payable to David M. Lawrence, but if the Department of
9 the Treasury determines that David M. Lawrence does not owe a federal debt, then
10 the government shall cause the payment of fees, expenses and costs to be made
11 directly to Law Offices of Rohlfing & Kalagian, LLP, pursuant to the assignment
12 executed by David M. Lawrence.  Any payments made shall be delivered to Laura
13 Krank.

14        This stipulation constitutes a compromise settlement of David M.
15 Lawrence's request for EAJA attorney fees, and does not constitute an admission of
16 liability on the part of Defendant under the EAJA.  Payment of the agreed amount
17 shall constitute a complete release from, and bar to, any and all claims that David
18 M. Lawrence and/or Laura Krank including Law Offices of Rohlfing & Kalagian,
19 LLP may have relating to EAJA attorney fees in connection with this action.

20        Laura Krank reserves the right to contend that any non-payment caused by
21 the collection of a federal debt owed by David M. Lawrence violates 31 C.F.R. §
22 285.5(e)(5) and *Morrison v. C.I.R.*, 565 F.3d 658, 667 (9th Cir. 2009).  Nothing in
23 this stipulation shall be construed as an admission by Laura Krank that the
24 Government has the right or authority to offset the fees due and payable pursuant
25 to this stipulation.

26

This award is without prejudice to the rights of Laura Krank and/or Rohlfing & Kalagian, LLP to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: November 30, 2010          Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Laura Krank*
BY: _____
Laura Krank
Attorney for plaintiff David M. Lawrence

DATED: November 30, 2010

BENJAMIN WAGNER
United States Attorney
LEON W. WEIDMAN
Chief, Civil Division

/s/ *Shea L. Bond*
_____
Shea L. Bond
Special Assistant United States Attorney
Attorneys for Defendant Michael J. Astrue,
Commissioner of Social Security
(Per e-mail authorization)

**ORDER**

The instant stipulation shall supersede the previous stipulations executed by this Court regarding an award of EAJA fees. (*See* Docs. 20 & 22.) As represented by the parties, the previous stipulations contained a clerical error. That error has been corrected by the foregoing stipulation.

IT IS SO ORDERED.

Dated:   **May 12, 2011**               **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE